**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| SCOTT ROBERTSON, | Civil No. 09-2786 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| SIMM ASSOCIATES, INC., | |
| Defendant. | |

_____

Lee Cassie Yates, **KROHN & MOSS, LTD,** 120 West Madison Street, 10th Floor, Chicago, IL 60602, for plaintiff.

Michael Klutho, **BASSFORD REMELE, PA**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the parties' stipulation of dismissal with prejudice filed December 8, 2009 [Docket No. 6].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Dated: December 9, 2009
at Minneapolis, Minnesota

                                                               s/ John R. Tunheim
                                                            JOHN R. TUNHEIM
                                                        United States District Judge